IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GREENPOINT AG, LLC**                                                          **PLAINTIFF**

V.                           3:21CV00164 JM

**DARWIN D. CAGLE II, a/k/a
DAVID CAGLE; and
J&D FARMS, INC.**                                                              **DEFENDANTS**

## AMENDED ORDER

Pursuant to Rule 41(a), Plaintiff's Motion to Voluntarily Dismiss without prejudice (ECF No. 7) is GRANTED. The Court has been informed that there are no objections. The Clerk is directed to close the case. The trial set for the week of September 12, 2022 is cancelled.

IT IS SO ORDERED this 3rd day of August, 2022.

_____
James M. Moody Jr.
United States District Judge